## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 25-cv-22335-JB

RICHARD ECHAZABAL-VERDECIA,
*Individually and on behalf of all others
similarly situated,*

      Plaintiff,

v.

KRISTI NOEM, *in her official capacity* as
Secretary, USCIS, *et al.*,

      Defendants.
_____/

### ORDER STAYING MOTION TO DISMISS

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. "The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citation omitted). Further, a stay may be appropriate "to await a federal appellate decision that is likely to have a substantial or controlling effect on the claims and issues in the stayed case." *Miccosukee Tribe of Indians of Fla. v. S. Fla. Water Mgmt. Dist.*, 559 F.3d 1191, 1198 (11th Cir. 2009). In light of the consolidated appeals in *Labrada-Hechavarria v. U.S. Attorney General* and *Castillo-Casanova v. U.S. Attorney General* which are pending before the Eleventh Circuit Court of Appeals, the Court finds that a temporary stay of Defendants' Motion to Dismiss is warranted. The stay is likely to be reasonably brief given that the Eleventh Circuit held oral argument in the

consolidated appeals on December 12, 2025, and thus it is reasonable to expect that a written opinion will be issued in the near future.

Accordingly, it is hereby **ORDERED** that Defendants' Motion to Dismiss, ECF No. [8], is **STAYED** pending issuance of the Eleventh Circuit's opinion in *Labrada-Hechavarria v. U.S. Attorney General* and *Castillo-Casanova v. U.S. Attorney General*.

**DONE AND ORDERED** in Miami, Florida, this 13th day of March, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

2